

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2015

No. 04-14-00758-CV

John A. **LANCE**, Debra L. Lance, F.D. Franks and Helen Franks,
Appellants

v.

Judith and Terry **ROBINSON**, Gary and Brenda Fest, Virginia Gray and Butch Townsend,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-0100209
Honorable M. Rex Emerson, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to June 8, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Cynthia Cox Payne
Attorney At Law
P.O. Box 1178
Bandera, TX 78003-1178

Stephan B. Rogers
Rogers & Moore
309 Water St., Suite 114
Boerne, TX 78006

Dan Pozza
Law Offices of Dan Pozza
239 East Commerce Street
San Antonio, TX 78205

Edward T. Hecker
Gostomski & Hecker
607 Urban Loop
San Antonio, TX 78204-3117